# United States Court of Appeals
## For the First Circuit

No. 10-1655

JULISSA APONTE-RIVERA,

Plaintiff, Appellee,

v.

DHL SOLUTIONS (USA), INC.,

Defendant, Appellant.

**JUDGMENT**

Entered:  May 25, 2011

    This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc: Ms. Hernandez-Venegas, Ms. Rexach, Mr. Nigaglioni-Mignucci & Ms. Dilone-Fernandez.